UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBBIE OHLENDORF and SANDRA ADAMS, ) <br> Plaintiffs, ) <br> ) <br> -v- ) <br> ) <br> UNITED FOOD & COMMERCIAL WORKERS ) <br> INTERNATIONAL UNION, LOCAL 876, ) <br> Defendant. ) <br> ) | No. 1:16-cv-1439 <br><br> Honorable Paul L. Maloney |

## JUDGMENT

The Court has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: June 30, 2017  /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge